IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TERESA GAY,

        Plaintiff,

vs.                                  Civ. No. 97-1541 LCS/WWD

AMERICAN NATIONAL INSURANCE
COMPANY, et al.,

        Defendants.


MEMORANDUM OPINION AND ORDER

       This matter comes before the Court on Plaintiff's Motion to Compel (docket no. 34) filed

October 26, 1998. Plaintiff seeks to compel production in accordance with her request for

production no. 6 which reads as follows, to wit:

> Any and all documents reflecting complaints, claims and/or lawsuits
> brought forth against ANICO or any ANICO employee or agent
> concerning harassment, discrimination, and wrongful termination.
> This request is intended to include but not limited to any court
> documents, settlements, public records, and news articles.

The request contains no limitation as to time, and it contains no geographical limitation.

Defendant objects that the request seeks irrelevant information and that it is objectionable as being

unduly broad, unduly burdensome, and unnecessarily harassing in that it is unlimited as to time

and geography. Although Defendant's response suggests modifying the parameters of request for

production no. 6, Plaintiff's reply adamantly argues that Plaintiff is entitled to all of the materials

sought in the request. I disagree. If Plaintiff is unwilling to adopt a reasonable approach in the

terms of the materials sought, I will consider the motion and the request for production as they were made. Accordingly, I find that request for production no. 6 is irrelevant in part, overly broad, and unduly burdensome.

**WHEREFORE,**

**IT IS ORDERED** that Plaintiff's Motion to Compel be, and it is hereby, DENIED.

_____

UNITED STATES MAGISTRATE JUDGE